IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,               No. CR S-04-0249 GEB KJM P

    vs.

JAIME LEYVA-HERNANDEZ,

    Movant.                  ORDER

_____/

    Respondent has requested an extension of time to file and serve an answer as called for by the court's order of May 23, 2005. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Respondent's June 27, 2005 request for an extension of time is granted; and

    2. Respondent's July 22, 2005 answer is deemed timely.

DATED: July 26, 2005.

                                          UNITED STATES MAGISTRATE JUDGE

1/kf
leyv0249.111