IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,    No. CR S-04-0249 GEB KJM P

    vs.

JAIME LEYVA-HERNANDEZ,

    Movant.    ORDER TO SHOW CAUSE

_____/

    Movant is proceeding pro se with an application for writ of habeas corpus under 28 U.S.C. § 2255.  A review of the Federal Bureau of Prisons's internet site reveals that movant has been released from prison.  Good cause appearing, IT IS HEREBY ORDERED that, within ten days, movant show cause why this action should not be dismissed as moot.  Movant's failure to respond to this order will result in a recommendation that this action be dismissed.

DATED:  February 25, 2009.

    _____
    U.S. MAGISTRATE JUDGE

1
leyv0249.osc